IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CLINTON STRANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:18-cv-01071-WDC |
| | ) |
| HEALTHSTREAM, INC.; TWILIO; and | ) |
| PHC-MINDEN G.P., INC. | ) |
| | ) |
| Defendants. | ) |

### PHC MINDEN G.P., INC.'S
### MOTION TO DISMISS FOR FAILURE TO PAY FILING FEE

PHC-Minden G.P., Inc. ("Minden Medical Center") moves to dismiss Plaintiff's Complaint due to Plaintiff's failure to pay the filing fee (or request an extension).

On October 11, 2018, Plaintiff filed a *pro se* Complaint.[1] Plaintiff's Complaint was accompanied by Plaintiff's Application for Leave to Proceed in Forma Pauperis.[2]

On November 20, 2018, Minden Medical Center opposed the Application for Leave to Proceed in Forma Pauperis due to Plaintiff's failure to make an adequate showing of indigency. On December 4, 2018,[3] the Court denied Plaintiff's Application to Proceed in Forma Pauperis and ordered Plaintiff to pay the initial filing fee within twenty-eight (28) days[4] (or else request an extension). To date, neither has occurred.

A district court should dismiss a plaintiff's complaint for lack of prosecution if a plaintiff fails to follow a court's directions.[5] Here, the Plaintiff has not paid the required

---

[1] Doc. 1.
[2] Doc. 2.
[3] On December 7, 2018, the Court corrected its Order only to identify the party who opposed Plaintiff's Application for Leave to Proceed in Forma Pauperis (from Twilio to Minden Medical Center).
[4] 28 days from 12/04/18 was 01/01/19. With a holiday extension, Plaintiff's deadline was 01/02/19.
[5] *See, e.g.*, *Bomer v. Lavigne*, 76 F. App'x 660, 662 (6th Cir. 2003); *Brown v. Mills*, 639 F.3d 733, 734 (6th Cir. 2011).

filing fee or requested an extension. Therefore, his Complaint should be dismissed. Plaintiff should be required to seek leave of Court before filing a new Complaint.[6]

 

Respectfully Submitted,

**GIDEON, COOPER AND ESSARY, PLC**

**/s/ J. Blake Carter**
C.J. Gideon, #006034
J. Blake Carter, #030098
315 Deaderick Street, Suite 1100
Nashville, TN 37238
615-254-0400

*Counsel for PHC-Minden G.P., Inc.*

---

[6] *Brown v. Mills*, 639 F.3d 733, 734 (6th Cir. 2011).

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2019, a true and correct copy of this document was electronically filed and served on all lawyers registered with the Court's CM/ECF system, including:

Michael B. Hazzard
Kaytlin L. Roholt
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113

J. Eric Miles
Brigham A. Dixson
North, Pursell & Ramos, PLC
414 Union Street, Suite 1850
Nashville, TN  37219

*Counsel for TWILIO, Inc.*

Tara L. Swafford
Elizabeth G. Hart
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN  37064

*Counsel for HealthStream, Inc.*

      In addition, a true and correct copy of this document was served by U.S. Mail, first-class, postage pre-paid, to:

Clinton Strange
7021 Winburn Drive
Greenwood, LA  71033

*Pro Se Plaintiff*

                              **/s/ J. Blake Carter**