# IN THE UNITED STATES FEDERAL DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| CLINTON STRANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-01071 |
| ) | Chief Judge Crenshaw |
| HEALTHSTREAM, INC., TWILIO, INC., ) | |
| and PHC-MINDEN G.P., INC. ) | |
| Defendants. ) | |

## DEFENDANT HEALTHSTREAM, INC.'S
## NOTICE OF JOINDER WITH MOTIONS TO DISMISS
## FILED BY DEFENDANTS PHC-MINDEN G.P., INC. AND TWILIO, INC.

PLEASE TAKE NOTICE that Defendant HealthStream, Inc. ("HealthStream") hereby joins the Motions to Dismiss for Failure to Pay Filing Fee filed by Defendants PHC-Minden G.P., Inc. and Twilio, Inc. (DE 30, 31.) HealthStream agrees with the relief requested and supporting reasons set forth in both Motions and respectfully joins the requests that the Complaint be dismissed.

Respectfully submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Elizabeth G. Hart BPR #30070
207 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 599-8406
Facsimile: (615) 807-2355

*Attorneys for HealthStream, Inc.*

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing document has been served via the Court's electronic filing system and/or by electronic mail to:

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033
parsmllc@gmail.com

Brigham A. Dixson
Jonathan Eric Miles
North, Pursell & Ramos, PLC
414 Union Street
Suite 1850
Nashville, TN 37219
bdixson@nprattattorneys.com
emiles@nprjlaw.com

Kaytlin L. Roholt
Michael B. Hazzard
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001
kroholt@jonesday.com
mhazzard@jonesday.com

Clarence J. Gideon, Jr.
Justin B. Carter
Gideon, Cooper & Essary PLC
315 Deaderick Street
Suite 1100
Nashville, TN 37238

on this the 14th day of January, 2019.

             /s/  Elizabeth G. Hart
                Elizabeth G. Hart