Clinton Strange

                Plaintiff,

v.                               Case No.: 3:18−cv−01071

HealthStream, Inc., et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/18/2019 re [33].

                                                  Clerk of Court
                                          s/ Jeremy Medley, Deputy Clerk